IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

C.L.T., A CHILD,

     Petitioner,

v.                                                                 Case No. 5D16-3033

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed September 23, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and Laura J. Klossner, Assistant Public Defender, Orlando, for Petitioner

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 11, 2016 juvenile disposition and sentence in Case No. 16-CJ-002103-A-OR, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAWSON, C.J., TORPY and COHEN, JJ., concur.